FILED

2011 Sep-13  AM 10:30
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ALISHA G.ELLIOT,** ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| **vs.** ] | |
| ] | **2:10-cv-1192-LSC** |
| **WB EXCELLENCE INC.,** ] | |
| ] | |
| Defendant. ] | |

## MEMORANDUM OPINION

The magistrate judge filed a report in this case on June 15, 2011, recommending that the defendant's motion for summary judgment be granted and this cause be dismissed with prejudice. (Doc. 14.)  Plaintiff filed an objection on July 5, 2011. (Doc. 16.) In her objection, Plaintiff reiterates her assertion that if allowed to proceed to trial she will be able to prove her claim, but failed to allege any additional facts to support her claim that she was discriminated against by the defendant.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objection filed by the plaintiff, the Court hereby ADOPTS the magistrate

judge's report and ACCEPTS his recommendation. In accordance with the recommendation, Defendant's motion for summary judgment is due to be granted as to all of Plaintiff's claims.  A Final Judgment will be entered.

Done this 13th day of September 2011.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

167458