FILED
2011 Sep-13  AM 10:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **ALISHA G. ELLIOT,** | ] | |
| Plaintiff, | ] | |
| vs. | ] | 2:10-cv-1192-LSC |
| **WB EXCELLENCE INC.,** | ] | |
| Defendant. | ] | |

## ORDER

In accordance with the Memorandum of Opinion entered contemporaneously herewith and with Rule 12(b)(6) of the Federal Rules of Civil Procedure, it is hereby ORDERED, ADJUDGED, and DECREED that Defendant's motion for summary judgment is GRANTED and this action is DISMISSED WITH PREJUDICE.

Costs are taxed to the plaintiff.

Done this 13th day of September 2011.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167458